FILED

02/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 23-0575

_____

RIKKI HELD, et al.

      *Plaintiffs and Appellees*,

v.

STATE OF MONTANA, et al.

      *Defendants and Appellants*.

_____

## ORDER GRANTING LEAVE TO FILE AMICI BRIEF
_____

IT IS HEREBY ORDERED that the unopposed motion of the Montana Chamber of Commerce, Chamber of Commerce of the United States of America, Billings Chamber of Commerce, Helena Chamber of Commerce, and Kalispell Chamber of Commerce seeking leave to file an *amici curiae* brief in the above-captioned matter is GRANTED.

IT IS HEREBY ORDERED that said parties shall file their *amici* brief on or before February 16th, 2024.

Electronically dated and signed below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 1 2024